UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS RIEDER,

      Plaintiff,

v.                                                                          Case No.  3:26-cv-3321-TKW-ZCB

UNITED STATES ARMY, et al.,

      Defendants.

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 13) and Plaintiff's objections (Doc. 14).  The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).  The Court also reviewed the reply (Doc. 11) filed by Plaintiff that was docketed before the R&R was entered but was not mentioned in the R&R.[1]

Based on that review, the Court agrees with the magistrate judge's determination that Plaintiff has not shown a substantial likelihood of success on the

---

[1]  The reply was docketed at 12:24 p.m. and the R&R was docketed at 12:40 p.m., so it is likely that the magistrate judge had already sent the R&R to the Clerk for docketing before the reply was filed and it just took time for the Clerk to docket the R&R.  Moreover, the reply was unauthorized because, under Local Rule 7.1(I), "a party must obtain leave <u>before</u> tendering the reply memorandum" (emphasis added).  Nevertheless, in the interest of justice, the Court has considered the argument in the reply in conjunction with the objections.  *See* Doc. 14 at 4 (requesting that relief).

merits of his claims, that he will suffer irreparable harm if a temporary restraining order (TRO) is not entered, or that a TRO is in the public interest. Indeed, on the current record (and with a war ongoing), the Court sees no good reason to second-guess the military orders requiring Plaintiff to simply report to drill—particularly since the "Physical Profile Record" submitted by Plaintiff with his reply appears to specifically contemplate that he will participate in drill with certain accommodations. *See* Doc. 11 at 23–24.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Plaintiff's "Emergency Motion for Temporary Restraining Order" (Doc. 2) is DENIED.

3. This case is returned to the magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 10th day of April, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**